B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re **East Main Street Building 57, LLC**       Case No.
                                  Debtor(s)       Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sovereign Bank<br>Santander Holdings USA, Inc.<br>75 State Street<br>Boston, MA 02109 | Sovereign Bank<br>Santander Holdings USA, Inc.<br>75 State Street<br>Boston, MA 02109 | | | 266,631.03<br><br>(0.00 secured) |
| Town of Westborough<br>Water & Sewer Dept.<br>34 West Main Street<br>Westborough, MA 01581 | Town of Westborough<br>Water & Sewer Dept.<br>34 West Main Street<br>Westborough, MA 01581 | | | 23,830.79 |
| National Grid<br>40 Sylvan Road<br>Waltham, MA 02451 | National Grid<br>40 Sylvan Road<br>Waltham, MA 02451 | | | 19,337.63 |
| Rosewood Management Associates<br>40 Mechanic Street<br>Suite 300<br>Marlborough, MA 01752 | Rosewood Management Associates<br>40 Mechanic Street<br>Suite 300<br>Marlborough, MA 01752 | | | 15,741.43 |
| The Veron Company<br>112 Forest Street<br>Marlborough, MA 01752 | The Veron Company<br>112 Forest Street<br>Marlborough, MA 01752 | | | 12,347.00 |
| Murphy & King, Professional Corportion<br>One Beacon Street<br>Boston, MA 02108 | Murphy & King, Professional Corportion<br>One Beacon Street<br>Boston, MA 02108 | | | 12,338.83 |
| Athans Business Brokers & Realty<br>14 Fairview Road<br>Westborough, MA 01581 | Athans Business Brokers & Realty<br>14 Fairview Road<br>Westborough, MA 01581 | | | 8,464.57 |
| NSTAR Gas<br>461 Chestnut Street<br>Dedham, MA 02026 | NSTAR Gas<br>461 Chestnut Street<br>Dedham, MA 02026 | | | 7,997.99 |
| RMA MGMT, LLC<br>40 Mechanic Street<br>Suite 300<br>Marlborough, MA 01752 | RMA MGMT, LLC<br>40 Mechanic Street<br>Suite 300<br>Marlborough, MA 01752 | | | 4,401.94 |

B4 (Official Form 4) (12/07) - Cont.

In re **East Main Street Building 57, LLC** Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Bisceglia, Steiman & Fudeman, LLP**<br>446 Main Street<br>2nd Floor<br>Worcester, MA 01608 | Bisceglia, Steiman & Fudeman, LLP<br>446 Main Street<br>2nd Floor<br>Worcester, MA 01608 | | | **1,900.00** |
| **O'Connell Fire Protection Inc.**<br>261 Brooks Road<br>Worcester, MA 01606 | O'Connell Fire Protection Inc.<br>261 Brooks Road<br>Worcester, MA 01606 | | | **1,444.47** |
| **Carlos Nery Cleaning**<br>7 Leonard Road<br>Boxborough, MA 01719 | Carlos Nery Cleaning<br>7 Leonard Road<br>Boxborough, MA 01719 | | | **1,145.00** |
| **Clinton Equipment, LLC**<br>40 Mechanic Street<br>Suite 300<br>Marlborough, MA 01752 | Clinton Equipment, LLC<br>40 Mechanic Street<br>Suite 300<br>Marlborough, MA 01752 | | | **977.00** |
| **Warren Security**<br>181 Boston Post Road E<br>Suite 4<br>Marlborough, MA 01752 | Warren Security<br>181 Boston Post Road E<br>Suite 4<br>Marlborough, MA 01752 | | | **840.00** |
| **Verizon**<br>40 Sylvan Rd<br>Waltham, MA 02451 | Verizon<br>40 Sylvan Rd<br>Waltham, MA 02451 | | | **291.83** |
| **David P. Depietri**<br>40 Mechanics Street<br>Marlborough, MA 01752 | David P. Depietri<br>40 Mechanics Street<br>Marlborough, MA 01752 | | | **203.64** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **East Main Street Building 57, LLC**                                      Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 17, 2015**                    Signature  **/s/ David P. Depietri**
                                                          **David P. Depietri**
                                                          **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.